# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERTO BARAJAS VAZQUEZ,<br><br>　　　　　　　　　　Petitioner,<br><br>　　v.<br><br>KRISTI NOEM, Acting Secretary, United States Department of Homeland Security; RODNEY S. SCOTT, Commissioner, United States Customs and Border Protection; GREGORY ARCHAMBEAULT, in his official capacity as Acting Field Office Director for San Diego, U.S. Immigration and Customs Enforcement; DOUG GLEN, Special Agent in Charge for San Diego, Homeland Security Investigations, U.S. Immigration and Customs Enforcement,<br><br>　　　　　　　　　　Respondents. | Case No.:  26cv0906 DMS DEB<br><br>**ORDER REQUIRING RESPONSE** |

　　　　On February 12, 2026, Petitioner filed a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241.  Respondents shall file their response to the Petition on or before **February 24, 2026**.  Petitioner shall file his reply on or before **February 27, 2026**.  Unless

the Court orders otherwise, the matter will be submitted on the papers without oral argument.

To maintain the status quo, Respondents, their officers, agents, servants, employees, attorneys, and other persons who act in concert or participation with Respondent **MUST NOT** transfer Petitioners outside the Southern District of California pending the Court's resolution of the Petition.  *See Doe v. Bondi*, Case No.: 25-cv-805-BJC-JLB, 2025 WL 1870979 at *1 (S.D. Cal. June 11, 2025) ("Federal courts retain jurisdiction to preserve the status quo while determining whether [they have] subject matter jurisdiction over a case and while a petition is pending resolution from the court.") (collecting cases).

**IT IS SO ORDERED**.

Dated:  February 17, 2026

_____
Hon. Dana M. Sabraw
United States District Judge