**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROBERTO BAROJAS VAZQUEZ,<br><br>Petitioner,<br><br>v.<br><br>KRISTI NOEM, Acting Secretary, United States Department of Homeland Security; RODNEY S. SCOTT, Commissioner, United States Customs and Border Protection; GREGORY ARCHAMBEAULT, in his official capacity as Acting Field Office Director for San Diego, U.S. Immigration and Customs Enforcement; DOUG GLEN, Special Agent in Charge for San Diego, Homeland Security Investigations, U.S. Immigration and Customs Enforcement,<br><br>Respondents. | Case No.: 26cv0906 DMS DEB<br><br>**ORDER GRANTING PETITION** |

This case comes before the Court on the Petition for Writ of Habeas Corpus. Respondents filed a Return to the Petition in which they concede "Petitioner is detained under 8 U.S.C. § 1226(a) and [is] entitled to an order from this Court directing a bond hearing be held pursuant to 8 U.S.C. § 1226(a)." (Return at 1.) Because the Petitioner has already had a bond hearing, however, the Court orders Respondents to release Petitioner

1

immediately and subject to the conditions set in the Immigration Judge's January 12, 2026 Order.  On or before **April 1, 2026**, the parties shall file a Joint Status Report confirming Petitioner has been released.  In that Report, the parties shall also provide their respective positions on whether a further order on the Petition is necessary or if the case may be dismissed as moot.

**IT IS SO ORDERED**.

Dated:  March 24, 2026

Hon. Dana M. Sabraw
United States District Judge

26cv0906 DMS DEB